UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10712-WGY</u>

COMERFORD
Plaintiff

v.

SECRETARY OF ARMY
Defendant

ORDER OF DISMISSAL

<u>YOUNG,C.J.</u>

After a hearing held on  11/1/04 ,this Court Orders that  the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: /s/Elizabeth Smith
Deputy Clerk

November 2, 2004

Notice mailed to counsel of record.