UNITED STATES COURT OF APPEALS

FIRST CIRCUIT

RICHARD W. COMERFORD
    Appellant

V.

THE UNITED STATES
DEPARTMENT OF DEFENSE ET AL
    Appellee

### Appellant's Motion for Leave to Appeal in Forma Pauperis

1. Appellant hereby respectfully moves this honorable Court pursuant to 28 USC 1915 for leave to appeal in forma pauperis the United States District Court for the District of Massachusetts oral order on 1 November 2004 in Civil Action 04-10712 to dismiss the case on the grounds of res judicata.

2. In support of his motion appellant attaches hereto his affidavit.

Respectfully submitted,

_____
Richard W. Comerford Pro Se
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 888-0345

Dated 2 November 2004