**Affidavit In Support of Motion for Leave to Appeal in Forma Pauperis**

I, Richard W. Comerford, state under the penalty of perjury that the following information is true to the best of my knowledge as of the date of my signature below.

### Statement of Assets

1. I am a pauper.

2. I am unable to pay the fees for appeal or give security therefor

3. I do not have or own income, interest, dividends, saving, gifts, alimony, retirement, disability, unemployment, public assistance, automobile, apartment or real estate.

4. I have no debt.

### Background

5. I have served in the armed forces of the United States since 1971.

6. My sole employer and paymaster since 1973 has been the United States.

7. I was honorably discharged from active duty in 1984.

8. I subsequently served on Active Guard and Reserve ("AGR") duty pursuant to 32 USC 502(f).

9. In 1992 I qualified for early retirement from the armed forces pursuant to 10 USC 3911.

10. In 1993 I was injured rescuing a comrade.

11. In 1994 a line of duty investigation found that I had been injured in the line of duty.

12. I was certified as incapacitated by my commander in 1994.