**Notice Of Appeal**

United States District Court for the District of Massachusetts

File Number: 04-10712

Richard W. Comerford., Plaintiff

v.

U.S. Department of Defense et al., Defendant

Notice is hereby given that plaintiff hereby appeals to the United States Court of Appeals for the First Circuit from an oral final judgment dismissing the case on the grounds of res judicata entered in this action on the 1st day of November 2004.

Richard W. Comerford
9 Speedwell Lane
Plymouth, Massachusetts 02360
(508) 833-9396

Date: 2 November 2004