# United States Court of Appeals
## For the First Circuit

No. 04-2556
D.C. #04-10712
J. Young

RICHARD W. COMERFORD,

Plaintiff, Appellant,

v.

U.S. SECRETARY OF THE ARMY,

Defendant, Appellee.

*Certified and Issued as Mandate under Fed. R. App. P. 41.*

*Richard Cushing Donovan, Clerk*

*Deputy Clerk*

*Date: JUL 0 6 2005*

Before

Torruella, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: April 1, 2005

After carefully considering the record and arguments on appeal, we grant the motion for summary disposition and affirm the judgment below. Under the principal of res judicata, a final judgment on the merits precludes parties from re-litigating claims that were, or could have been, decided previously. Bay State HMO Mgmt. v. Tingley Sys., Inc., 181 F.3d 174, 177 (1st Cir. 1999). The appellant argues that he has not previously litigated issues concerning his recent discharge certificate. However, he fails to argue or show that his current claim arises from any nucleus of operative fact distinct from his earlier claims. Apparel Art International, Inc. v. Amertex Enterprises LTD., et al., 48 F.3d 576, 583-4 (1st Cir. 1995). Accordingly, the appellant's other pending motions are also denied.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
MARGARET CARTER
Chief Deputy Clerk.

Certified Copy to Hon. William G. Young
Certified Copy to Ms. Thornton, Clerk USDC

cc:  Mr. Comerford, Ms. Schrager & Ms. Smith